NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


SCOTT ERNEST ZEIDES, DOC #Y59482, )
)
    Appellant, )
)
v. )
)   Case No. 2D16-2188
)
STATE OF FLORIDA, )
)
    Appellee. )
_____ )

Opinion filed July 6, 2018.

Appeal from the Circuit Court for Lee
County; Thomas S. Reese, Judge.

Howard L. Dimmig, II, Public Defender,
and Cynthia J. Dodge, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and John M. Klawikofsky,
Assistant Attorney General, Tampa, for
Appellant.


PER CURIAM.


      Affirmed.


NORTHCUTT, SLEET, and SALARIO, JJ., Concur.